PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 115979

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**FILED
SEP 21 2015**
Clerk, U.S. District and
Bankruptcy Courts

CASE NO. 13-20413-CR-MIDDLEBROOKS

PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Kellysha Hood

Name of Sentencing Judicial Officer: The Honorable Donald M. Middlebrooks, United States District Judge, Southern District of Florida, Miami Division

Date of Original Sentence: November 19, 2013

| | |
|---|---|
| Original Offense: | Count 1: Importation of a Detectable Amount of Cocaine, 21 U.S.C. §952(a), a Class C felony |
| | Count 2: Possession with Intent to Distribute Cocaine, 21 U.S.C. §841(a)(1), a Class C felony |
| Original Sentence: | Twenty-Four months as to Count One and Two to be served concurrently followed by three (3) years, as to Counts One and Two to run concurrently, of supervised release. The following special conditions were imposed: 1) the defendant shall obtain prior written approval from the Court before entering into any self-employment; and 2) the defendant shall participate in an approved treatment program for drug and/or alcohol abuse. A $200.00 special assessment was also ordered. |

Type of Supervision: Supervised Release        Date Supervision Commenced: April 20, 2015

Assistant United States Attorney:
Anita Gail While
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9224

Defense Attorney:
Abigail Emily Becker, AFPD
150 West Flagler Street, Suite 1700
Miami, Florida 33130
(305) 530-7000

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

RECEIVED
JUL 2015
S/FL
WARRANTS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Case: 1:15-mj-612
Assigned To : Magistrate Judge G. Michael Harvey
Assign. Date : 9/21/2015
Description: Arrest Warrant Removal

PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 115979

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Standard Condition**, by failing to report to the probation officer as directed. On April 24, 2015, during a telephone conversation, the defendant was instructed to report to the U.S. Probation Office on May 4, 2015, and she failed to comply. |
| 2. | **Violation of Standard Condition**, by failing to report to the probation officer as directed. On May 11, 2015, during an office visit, the defendant was instructed to report to the U.S. Probation Office on June 2, 2015, and she failed to comply. |
| 3. | **Violation of Standard Condition**, by failing to follow the instructions of the probation officer. On June 8, 2015, the defendant was instructed to submit proof of her hospitalization and she failed to do so as directed. |
| 4. | **Violation of Standard Condition**, by failing to follow the instructions of the probation officer. On June 22, 2015, the defendant was instructed to contact the probation officer on June 23, 2015, and she failed to do so as directed. |
| 5. | **Violation of Standard Condition**, by failing to follow the instructions of the probation officer. On June 26, 2015, the defendant failed to contact her probation officer as directed. |
| 6. | **Violation of Standard Condition**, by failing to report to the probation officer as directed. On June 27, 2015, via a letter left at her residence, the defendant was instructed to report to the U.S. Probation Office on June 30, 2015, and she failed to comply. |
| 7. | **Violation of Standard Condition**, by failing to submit a truthful and complete written monthly report within the first five days of each month. The defendant has failed to submit a written monthly report for the months of May 2015 and June 2015. |

PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 115979

United States Probation Officer Recommendation:

The term of supervision should be:
[X] revoked.
[ ] Extended for _ years, for a total term of _ years.
[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __July 20, 2015__

Melissa Fife
2015.07.20
14:49:30 -04'00'

Melissa R. Fife
United States Probation Officer
Phone: (305) 523-5351
Cellular: (305) 609-8017

Albert
Torres
2015.07.2
2 10.07:43
-04:07

---

THE COURT ORDERS:

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

7/29/15
Date

Certified to be a true and
correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By: __Genevieve McGee__
Deputy Clerk
Date: __Jul 27, 2015__